AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Joint Stock Company State Savings Bank of Ukraine (a/k/a JSC Oschadbank), *Plaintiff* <br> v. <br> The Russian Federation, *Defendant* | ) ) ) ) ) ) Case No. 1:23-cv-00764 (ACR) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Defendant, The Russian Federation

Date:  11/30/2023

*Bruce S. Marks*
Attorney's signature

Bruce S. Marks, Esq. (CO0034)
Printed name and bar number

1835 Market Street, Suite 1717
Philadelphia, PA 19103
Address

marks@mslegal.com
E-mail address

(215) 569-8901
Telephone number

(215) 569-8912
FAX number